UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LANCE GARDENHIRE, on behalf of
himself and all others similarly
situated,

    Plaintiff,

v.                                                                                    Case No. 3:20-cv-140-J-39MCR

NATURAL LIFE COLLECTIONS, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Notice of Voluntary Dismissal With Prejudice (Doc. 6; Notice) filed by Plaintiff on March 4, 2020. In the Notice, Plaintiff states that he is voluntarily dismissing the claims raised in this action. See Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

1. This case is **DISMISSED with prejudice.**
2. The Clerk of the Court is directed to close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 16th day of March, 2020.

BRIAN J. DAVIS
United States District Judge

cs

Copies to:

Counsel of Record